Commonwealth *v.* Marshall, Appellant.

Argued September 13, 1968. *Mervyn R. Turk*, Assistant Public Defender, for appellant; *Ralph B. D'Iorio*, Assistant District Attorney, with him *Vram S. Nedurian*, Assistant District Attorney, *William R. Toal*, First Assistant District Attorney, and *Stephen J.*

*McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.